**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MICHAEL ESTRADA,

                                  Case No.: 1:24-CV-00601-MLB

        Plaintiff,

   v.

DOLGENCORP LLC,
a Foreign Profit Corporation,
d/b/a Dollar General,

        Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Michael Estrada hereby notifies the Court that the parties have reached a confidential agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement. The parties respectfully move the Court to stay the instant case so they can finalize their settlement.

Respectfully submitted this 11th day of April, 2024.

                                      *s/ Matthew N. Pope*
                                      Matthew N. Pope
                                      Georgia Bar No. 584216
                                      **MATTHEW N. POPE, P.C.**
                                      900 2nd Avenue
                                      Columbus, Georgia 31902
                                      Tel.: (706) 324-2521
                                      matt@mpopelaw.com

*Counsel for Plaintiff Michael Estrada*

Case 1:24-cv-00601-MLB   Document 7   Filed 04/11/24   Page 2 of 3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 11, 2024 a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Matthew N. Pope*
Matthew N. Pope
